Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 22−12333−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anitra B. Gilmer
   aka Anitra Brandeis Gilmer
   127 Blue Meadow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2651

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 26, 2022.

Dated: May 26, 2022
JAN:

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anitra B. Gilmer  
    Debtor

Case No. 22-12333-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: May 26, 2022      Form ID: plncf13      Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anitra B. Gilmer, 127 Blue Meadow Lane, Sicklerville, NJ 08081-9394 |
| 519569809 | + | Gregory J. Allard, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 519537905 | + | Midfirst Bank, Attn: KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 519537906 | + | Rutgers, The State University, Attn: J. Scott Watson, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 519537907 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519537904 | + | Email/Text: bknotice@ercbpo.com | May 26 2022 20:41:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519585004 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2022 20:45:21 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519537908 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 26 2022 20:45:27 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 519551522 | + | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 20:45:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 26, 2022 | Form ID: plncf13 | Total Noticed: 11 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Andrew Thomas Archer
　　on behalf of Debtor Anitra B. Gilmer aarcher@spillerarcherlaw.com
　　bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
　　on behalf of Creditor MidFirst Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
　　ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4